UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DONALD BROWN**<br><br>*Plaintiff,*<br><br>V.<br><br>**NEWLEAF HOMES, LLC,<br>AND FRED GHAVIDEL**<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:23-CV-00477<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL
## BY DEFENDANTS', NEWLEAF HOMES, LLC, AND FRED GHAVIDEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME NEWLEAF HOMES, LLC, AND FRED GHAVIDEL, Defendants in the above styled and numbered cause, hereby file this Notice of Removal pursuant to 28 U.S.C. § 1441(a) with this Court removing the above-entitled action now pending as Cause No. 2023-CI-02452 in the 407th Judicial District Court, Bexar County, Texas, and in support of this Notice of Removal would respectfully show unto the Court as follows:

1.  On or about March 7, 2023 plaintiff Donald Brown sued defendants NewLeaf Homes, LLC, and Fred Ghavidel. Among other causes of action alleged

by Plaintiff against Defendants, Plaintiff alleged federal causes of action pursuant to U.S.C §1981; Title VII 42; U.S.C. § 2000e; 29 U.S.C §§ 201-19; § 203(d); 26 U.S.C. §7434; 29 and 29 U.S.C. §791.2 claiming Defendants' violated plaintiff's rights under the statutes of the United States and the United States Constitution. *Adair v. Lease Partners, Inc., 587 F.3d 238, 241 (5th Cir. 2009) (quoting Buchner v. FDIC, 981 F.2d 816, 818 (5th Cir. 1993)).*

**2.** Venue is proper in this district under 28 U.S.C. §1446(a), because Bexar County, Texas, where the removed action is pending, is within the San Antonio Division of the United States District Court for the Western District of Texas.

**3.** To the extent Plaintiff is asserting any state law causes of action, Defendants' would show that the United States District Court has jurisdiction over Plaintiff's pendent state law claims pursuant to the Court's supplemental jurisdiction, because those alleged claims arise out of and are derived from a common nucleus of operative facts which form the basis of Plaintiff's alleged federal civil claims.

**4.** The plaintiff's suit was served and promptly answered on April 7, 2023.

**5.** Defendants will pay all costs and debts incurred in the removal proceeding should the court determine this action is not removable or is improperly removed.

**6.** Pursuant to 28 U.S.C. §1446(d), Defendants' intend to serve written notice of this removal upon all interested parties and upon the State 407th District Court,

promptly after filing this Notice of Removal.

7. All pleadings and documents filed in the State 407th District Court have been certified by the Bexar County District Clerk as being a full and completed record.

**WHEREFORE, PREMISES CONSIDERED,** Defendants hereby effectuate a removal of the present cause of action to this Honorable United States District Court, and will provide a copy of the Notice of Removal on the State 407th District Court from which it was removed.

Respectfully submitted,

By: /s/ Edward L. Piña
**EDWARD L. PIÑA**
Attorney at Law
State Bar No. 16011352
**EDWARD L. PIÑA & ASSOCIATES, P.C.**
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas 78229
(210) 614-6400 Telephone
(210) 614-6403 Facsimile
Email: epina@arielhouse.com
**ATTORNEYS FOR
NEWLEAF HOMES, LLC,
AND FRED GHAVIDEL**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2023, a true and correct copy of the foregoing Notice of Removal shall be served via electronic means, if available, otherwise by United States mail, return receipt requested, as follows:

**ANDERSON ALEXANDER, PLLC**

Austin W. Anderson, Attorney
Email: austin@a2xlaw.com

William Clifton Alexander, Attorney
Email: clif@a2xlaw.com

Blayne Fisher, Attorney
Email: blayne@12xlaw.com

Sandy Guerrero, Attorney
Email: sandy@a2xlaw.com

101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Tel. (361) 452-1279
Fax (361) 452-1284
Email team@a2xlaw.com
**ATTORNEYS FOR PLAINTIFF
DONALD BROWN**

_____
**EDWARD L. PIÑA**
Attorney at Law