**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARIA NAVARRO,<br>    *Plaintiff*<br><br>-vs-<br><br>NEW LEAF HOMES, LLC, CENTER POINT REALTY COMPANY, FRED GHAVIDEL,<br>    *Defendants* | § § § § § § § § § § | SA-23-CV-00292-XR<br><br>*Consolidated with:*<br>SA-23-CV-00293-XR<br>SA-23-CV-00477-XR |

## ORDER ADMINISTRATIVELY CLOSING MEMBER CASES

Given the consolidation of the member cases under the lead case in these related matters, the Court concludes that the member cases (SA-23-CV-00293-XR and SA-23-CV-00477-XR) should be administratively closed. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014).

The Clerk's Office is therefore **DIRECTED** to **ADMINISTRATIVELY CLOSE** the cases listed below pending further order of the Court:

*Rhoder v. New Leaf Homes, LLC et al.*, No. 5:23-cv-293-XR

*Brown v. New Leaf Homes, LLC et al.*, No. 5:23-cv-477-XR

It is so **ORDERED**.

**SIGNED** this 2nd day of October, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE